

**ED SMITH**
CLERK

State of Montana

Office of Clerk of the Supreme Court

P.O. Box 203003

Helena, 59620-3003

406-444-3858 phone

406-444-5705 fax

MEMORANDUM

January 16, 2002

TO:    JUDY MEADOWS,  State Law Librarian

FROM: ED SMITH,  Clerk of the Supreme Court

Pursuant to the order of the Supreme Court dated January 15, 2002, I am requesting that the enclosed Order, IN RE THE ASSESSMENT OF DUES FOR PURPOSES OF FUNDING CHANGES TO MONTANA'S SYSTEM FOR DISCIPLINING LAWYERS, be posted on the Montana Law Library web cite (www.lawlibrary.state.mt.us).

IN RE THE ASSESSMENT OF        )
DUES FOR PURPOSES OF           )
FUNDING CHANGES TO             )        ORDER
MONTANA'S SYSTEM FOR           )
DISCIPLINING   LAWYERS         )

JAN   5   2002

For purposes of implementing this Court's December 11, 2001 Order, In *Re: the Creation of the Office of Discipline Counsel; the Adoption of Structural Changes to the Commission on Practice; and the Adoption of Changes to Montana's System for Disciplining Lawyers*, 2002 MT 257, representatives of this Court met with representatives of the Supreme Court Administrator's Office, the Commission on Practice and the State Bar of Montana and studied costs and budget recommendations associated with the foregoing changes to Montana's system for disciplining lawyers. Such information is associated with the original of this Order in the office of the Clerk of the Supreme Court.

Given that there are approximately 3,100 active members of the State Bar of Montana and based upon the anticipated costs and the budget recommendations aforementioned, this Court has determined that each active member of the State Bar of Montana shall be assessed the sum of $75.00 per year which shall be earmarked for funding the changes to Montana's system for disciplining lawyers referred to in our December I I, 200 I Order, and for creating a small reserve similarly earmarked for these purposes. This assessment shall commence with the dues assessment for the year 2002, and shall be in addition to all other dues, fees and assessments heretofore assessed, whether required by statute or previous order of this Court.

The budgetary information aforementioned may be examined in the office of the Clerk of the Supreme Court.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order, by mail, to: the Chairman of the Commission on Practice and to each member thereof; to the President and Executive Director of the State Bar of Montana, with the request that this Order be published prominently in the next available issue of the Montana Lawyer and be posted to the State Bar of Montana's webpage; and to the State Law Librarian for the State of Montana with the request that this Order be posted to the State Law Library's webpage.

DATED this 15th day of January, 2002.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

## MONTANA SUPREME COURT
## OFFICE OF DISCIPLINE COUNCIL
## PROPOSED FY 2002 BUDGET

| Line item | FY 2001 Montana Commission on Practice Expenses | FY 2002 Montana Commission on Practice Budget (1) | FY 2003 office of Discipline Council Proposed Budget | FY 2003 State Bar Of Montana Share | FY 2003 Montana Supreme Court Share |
|---|---|---|---|---|---|
| Discipline Counsel | 0 | | 70,000 | 70,000 | |
| Investigator/Paralegal | 0 | | 35.000 | 35,000 | |
| Support Staff | 0 | | 25,000 | 25,000 | |
| Commission on Practice (1.5 FTE) | 62,034 | | 0 | 0 | |
| Health Insurance | 6,960 | | 13,200 | 13.200 | |
| Payroll Expenses (Retirement, FICA, WC) | 9.002 | | 16,900 | 16.900 | |
| **Personnel Expenses** | 77,996 | 102,834 | 160.100 | 180.100 | 102,834 |
| | | | | | |
| Supplies and Miscellaneous | 2,518 | 850 | 5,000 | 0 | 8,000 |
| **Supply** Expenses | 2,518 | 850 | 5,000 | 0 | 8,000 |
| | | | | | |
| Professional services | 13,754 | 24.710 | 0 | 0 | 14,400 |
| Insurance (CGL & Other) | 0 | | 4,000 | 0 | 0 |
| Rent/Utilities and Parking | 0 | | 13.000 | 0 | 20.267 |
| Travel | 15,884 | 16,600 | 10,000 | 10,000 | 16,600 |
| Postage | 4.068 | **5,000** | 2,000 | 0 | 6,200 |
| Telephone/Fax | 2.046 | 2,500 | 3.000 | 0 | 5.200 |
| Printing | 13,570 | 11,000 | 2.000 | 0 | 16.200 |
| Training | 0 | | 4,500 | 4,500 | 0 |
| Other Charges and Services Expenses | 49,322 | 59,810 | 38,500 | 14,500 | 78,867 |
| | | | | | |
| Start-Up Costs (Furniture) | 0 | | **6,000** | 0 | 6,000 |
| Equipment | 797 | | **7.500** | 0 | 7.500 |
| Capital Expenses | 797 | | **13,500** | 0 | 13,500 |
| | | | | | |
| SBM Indirect costs | 0 | | **19,500** | 19,500 | 0 |
| Other Expenses | 0 | | **19.500** | 19,500 | 0 |
| Total Expenses | 130.633 | 163,494 | 236,600 | 194,100 | 189,701 (2) |

(1) This budge, is just the initial allocation. Adjustments will be necessary-printing is underbudgeted and will need to be increased, probably from Professional Services. Supplies and Misc. is also probably underbudgeted.
FY2002 budge, includes pay plan appropriation        /

Assessment per attorney needed     $63.00
(based upon 3.108 active, non-juc dicial members and excluding inactive members)
Assessment with Reserve           $75.00
Reserve should be 3 months of payroll and expenses

(2) Commission on Practice appropriated amount for FY 2003